IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JON CHAPMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  4:18-cv-02726 |
| | § | |
| TEXAS DEPARTMENT OF FAMILY AND | § | |
| PROTECTIVE SERVICES, | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Jon Chapman ("Plaintiff") and Defendant Texas Department of Family and Protective Services ("Defendant"), by and through their attorneys-of-record, and pursuant to FED. R. CIV. P. 41(a), file this Stipulation moving to dismiss with prejudice all claims and causes of action in the above-captioned case and in support would show that the Plaintiff and the Defendant have agreed to settle and compromise all matters at issue between them.

WHEREFORE, Plaintiff and Defendant pray that all of Plaintiff's claims and causes of action against Defendant be dismissed with prejudice.

Respectfully submitted,                          Respectfully submitted,

TEXAS DFPS                                       AHAD KHAN LAW PLLC

By:     /s/ Michael R. Abrams                    By:     /s/ Ahad Khan
        Michael R. Abrams                                Ahad Khan
        State Bar No. 24087072                           State Bar No. 24092624
        S.D. Tex. No. 2513900                            S.D. Texas No. 2981398
        P.O. Box 12548, Capitol Station                  712 Main Street, Suite 900
        Austin, TX 78711-2548                            Houston, TX  77002
        (512) 475-4048 – Telephone                       (713) 401-3558 – Telephone
        michael.abrams@oag.texas.gov – Email             ak@ahadkhanlaw.com – Email

        ATTORNEY-IN-CHARGE FOR DEFENDANT                 ATTORNEY-IN-CHARGE FOR
                                                         PLAINTIFF

## CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of the foregoing document was served upon the counsel of record listed below by the Southern District of Texas CM/ECF method on the 23rd day of April 2019.

        Michael R. Abrams
        Assistant Attorney General
        P.O. Box 12548, Capitol Station
        Austin, TX 78711-2548
        michael.abrams@oag.texas.gov


                                                 /s/ Ahad Khan
                                                 Ahad Khan